395 A.2d 965

Commonwealth v. Clark, Appellant.

 Argued
September 11, 1978. Marilyn J. Gelb, for appellant; J.
Garrett, Assistant District Attorney, with him Edward G.
Rendell, District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.